IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JASMINE DOSS,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF AMHERST, OHIO, *et al.*,<br><br>        Defendants. | CASE NO. 1:24-cv-1622<br><br>DISTRICT JUDGE<br>CHARLES ESQUE FLEMING<br><br>MAGISTRATE JUDGE<br>JAMES E. GRIMES JR.<br><br>**CASE MANAGEMENT CONFERENCE SCHEDULING ORDER** |

      This case has been set for a Case Management Conference (CMC) on March 14, 2025, at 10:00 a.m., before United States Magistrate Judge James E. Grimes Jr., in Courtroom 11A, 801 West Superior Avenue, Cleveland, Ohio 44113. If all parties agree and file a joint motion at least seven calendar days before the Conference, the Conference will be held by Zoom. Lead counsel and pro se parties must attend the CMC. In light of Plaintiff Doss's pending motion to drop Defendant Thomas Januzzi from this case, Januzzi's counsel is not required to attend the CMC.

      Unrepresented parties and lead counsel for represented parties must attend and be prepared to discuss all claims and defenses in detail. The Case Management Plan will be tailored to the case based on the information supplied at the Conference.

      Unrepresented parties should review the Court's handbook for pro se litigants. See https://www.ohnd.uscourts.gov/sites/ohnd/files/ProSeGuide.pdf. The Court cannot provide legal advice or suggestions about how to handle any party's case. In addition to reviewing the Court's handbook for pro se litigants, unrepresented litigants are encouraged to review the Pro Se Information posted on this Court's public website. https://www.ohnd.uscourts.gov/pro-se-information.

**Electronic filing**

Electronic filing using the Case Management/Electronic Case Files (CM/ECF) system is mandatory for represented parties in the Northern District of Ohio. Counsel are advised that all documents, notices and orders in this matter must be filed electronically, except as provided for in the User's Manual, a copy of which is available on the Court's electronic filing web site at https://www.ohnd.uscourts.gov/electronic-filing. The Clerk's Office has established an Electronic Filing Help Desk at 1-800-355-8498 to answer questions and provide assistance should difficulties arise.

As a pro se litigant, Plaintiff may apply to have electronic access to the Court's docket. Information about electronic access is available on the Court's public website.

Electronically filed documents must be in a text-searchable PDF format. When citing unreported cases, parties should use Westlaw citations whenever possible. Citations to all documents filed on ECF must include the ECF document number and ECF page number. For example, citation to an exhibit accompanying a declaration would appear as "Doc. No. 123-4 at 10," rather than "Smith Decl. Ex. 4 at 10."

Notice of filings are sent electronically. Counsel of record is responsible for setting up a user e-mail account to receive e-mail notifications and to check that e-mail account on a regular basis.

Only counsel of record will be notified of court proceedings. Both counsel and pro se litigants have an affirmative duty to notify the Court of any change of address or other contact information. Counsel must follow the instructions for updating contact information via the procedures set forth on this Court's public website. *See* Attorney Registration Change of Name/Address instructions set forth at www.ohnd.uscourts.gov. Pro se litigants must file a written notice of change of address with the Court.

For represented parties, all documents directed to Judge Grimes in civil actions must be filed electronically, except as stated below or as otherwise directed by the Court. Do not file letter correspondence between counsel unless the correspondence is specifically relevant to a filing or motion.

**Communication with chambers**

Parties should consult the electronic docket for case-related questions, including those related to deadlines and conference dates. Telephone calls and emails to Chambers are permitted only for urgent matters requiring immediate

attention—such as when an emergency on the day of a conference prevents counsel from appearing at the conference—or when otherwise expressly permitted in this order or by the Court. Do not email or call chambers to discuss substantive legal issues about a case. Except for genuine emergencies, do not request a continuance by email or telephone. Faxes are not permitted.

**Applicable rules**

This case is governed by the Local Rules of the U.S. District Court for the Northern District of Ohio and the Federal Rules of Civil Procedure. All counsel and unrepresented parties are expected to familiarize themselves with the Local and Federal Rules.

**Consent to jurisdiction of the Magistrate Judge**

The parties have not consented to the jurisdiction of the Magistrate Judge.

**Track assignment**

This case is subject to the provisions of Differentiated Case Management as set forth in the Local Rules. The Court will evaluate this case in accordance with L.R. 16.2 and assign it to a case management track. Each of the tracks (expedited, standard, complex, mass tort and administrative) has its own set of guidelines and timelines governing discovery, motion practice, and trial. Under L.R. 16.3(a), the Court reserves determination of track assignment until the CMC.

**Preparation for the CMC**

The agenda for the CMC is set by L.R. 16.3(b)(2). Under L.R. 16.3(b)(3) and Fed. R. Civ. P. 26(f), unrepresented parties and counsel for all other parties are jointly responsible for participating in a Planning Meeting at least 21 days before the CMC in an effort to agree in good faith upon the items listed in the agenda, including a track assignment and discovery schedule.

A Report of the Planning Meeting must be signed by all unrepresented parties and counsel for all other parties and must filed with the Court not less than five business days before the CMC. It must be in a format substantially similar to Attachment 1 to this Order.

Before the CMC, Plaintiff must make a demand on Defendants with a written description and monetary breakdown of the damages claimed. Defendants must respond to this demand in writing, explaining the bases for

Defendants' position. The parties do not need to share this correspondence with the Court, but must confirm in the Planning Report that this written exchange occurred.

**Disclosures/Discovery**

*1. Fed. R. Civ. P. 26(a) disclosures*

The disclosures mandated by Fed. R. Civ. P. 26(a) will apply in this case unless the Court orders otherwise. The Court's strong preference is that the parties exchange initial disclosures at least seven days before the Rule 26(f) conference.

*2. Formal discovery stayed until CMC*

With the exception of Initial Disclosures under Rule 26(a) and any discovery required to support or defend a challenge to jurisdiction or claim for emergency or temporary or preliminary relief, the parties may not begin discovery prior to the CMC.

*3. Filing discovery materials*

Unless otherwise ordered by the Court, disclosures under Rule 26 and other discovery materials should not be filed with the Court except when submitted in support of a motion or for use at trial. Where deposition excerpts have been attached in support of or opposition to a motion, the entire deposition transcript must be filed separately in text-searchable format.

The Judges of the Northern District of Ohio have adopted L.R. 30.1, which governs the taking of depositions. Counsel are expected to comply with the rule in its entirety.

**Motions and other filings**

Unless otherwise directed by the Court, motion practice will be governed by L.R. 7.1 and all other Local Rules and Federal Rules of Civil Procedure.

Requests to continue a court conference or court proceeding must be filed on the docket at least four business days in advance of the proceeding to be continued, and must include at least three proposed alternative dates, on which

all counsel and unrepresented parties are available, for the continued proceeding.

**Resolution before CMC**

If this case is resolved before the CMC, the parties must submit a stipulation of settlement and dismissal, or otherwise notify the Court that such a stipulation is in process, by contacting the Court's Courtroom Deputy Clerk at 216-357-7140.

Dated: February 4, 2025

                                           */s/ James E. Grimes Jr.*
                                           James E. Grimes Jr.
                                           U.S. Magistrate Judge

**Attachment 1**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____,

        Plaintiff,

vs.

_____,

        Defendant.

CASE NO. _____

DISTRICT JUDGE\_\_\_\_

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

**REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b)(3)**

*1.* Under Fed. R. Civ. P. 26(f) and Local Rule 16.3(b), a meeting was held on _____ and was attended by:

_____ for Plaintiff(s) _____

_____ for Plaintiff(s) _____

_____ for Defendant(s) _____

_____ for Defendant(s) _____.

*2.* *Initial Disclosures*

The parties:

    ☐ have exchanged Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1) and the Court's prior Order;

    ☐ will exchange Initial Disclosures by _____;

☐ are not required to make Initial Disclosures because

_____.

*3.   Track Recommendation*

The parties recommend the following track:

☐ Expedited    ☐ Standard    ☐ Complex

☐ Administrative    ☐ Mass Tort

*4.   Alternative Dispute Resolution*

This case is suitable for one or more of the following Alternative Dispute Resolution (ADR) mechanisms:

Early neutral evaluation ☐    Mediation ☐

Arbitration ☐    Summary bench trial ☐

Summary jury trial ☐

Case not suitable for ADR at this time ☐

*5.   Consent*

The parties do ☐ / do not ☐ consent to the jurisdiction of the United States Magistrate Judge under 28 U.S.C. § 636(c).

*6.   Recommended discovery plan*:

Describe the subjects on which discovery is to be sought and the nature and extent of discovery, including any limitation on the number of interrogatories,

the number and/or length of depositions, and/or the number of requests for admission:

_____

_____

_____

_____

_____

Date to amend pleadings and/or add additional parties_____

Fact discovery cut-off date_____

Expert report due date for party with burden of proof_____

Rebuttal expert report due date_____

Expert discovery cut-off date_____

Dispositive motion date_____

Date for a status conference_____

7.     *Recommended electronic discovery plan.*

The parties:

☐ agree there will be no discovery of electronically-stored information (ESI);

☐ have agreed to a method for conducting discovery of ESI; or

☐ have agreed to follow the default standard for discovery of ESI (Appendix K to the Local Civil Rules for the Northern District of Ohio).

*8. Protective order*

The parties:

☐ will file a proposed stipulated protective order governing the designation and disclosure of confidential materials in a form substantially similar to Appendix L to the Local Rules for the Northern District of Ohio on the docket by _____;

☐ will not file a proposed stipulated protective order at this time.

*9. Demand and offer exchange*

The parties have ☐ / have not ☐ exchanged a demand and offer.

*10. Other matters for the Court's attention:*_____

_____

_____